

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

February 21, 2023

**VIA ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *Vigliotti v. Manhattan Times, Inc.,* 1:22-cv-05895-JMF

Dear Judge Furman:

We represent Plaintiff Gregg Vigliotti in the above-captioned case. We write pursuant to section 1.F of the Court's Individual Rules and Practices to respectfully request a 14-day extension of time for the parties to file the dismissal papers.

1) the current deadline to re-open case is February 24, 2023 [Dkt. No. 35];

(2) there was a previous request for a 30-day extension [Dkt. No. 34];

(3) the previous request was granted [Dkt. No. 35];

(4) the parties have fully executed a settlement agreement; however, would like to respectfully request an additional 14 days to consummate the transaction.

(5) Defendant Manhattan Times Inc. consents to the requested relief.

(6) there are no scheduled appearances or other existing deadlines.

Application GRANTED. No further extensions will be given.

The Clerk of Court is directed to terminate ECF No. 36.

SO ORDERED.

*[signature]*

February 22, 2023

Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*